Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 AUG 29  AM 10:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: mmc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA — PLAINTIFF
V.
Jorge Enrique Alban — DEFENDANT
USMS# ____

CASE NUMBER: 5:25-CR-00198-KK-5

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **8/29/25** at **9:05** ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18, United States Code, Section(s) 371, 1951(a), and 659

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ____

7. Year of Birth: **1992**

8. Defendant has retained counsel: ☐ No
   ☒ Yes   Name: **Robert Bernstein**   Phone Number: **310-429-4988**

9. Name of Pretrial Services Officer notified: **Elsa**

10. Remarks (if any): ____

11. Name: **Lisa Shanahan**  (please print)

12. Office Phone Number: **310-477-6565**   13. Agency: **FBI**

14. Signature: *Lisa Shanahan*   15. Date: **8/29/25**

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION