CLERK, U.S. DISTRICT COURT

AUG 2 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br><br> PLAINTIFF <br><br> v. <br><br> Jorge Enrique Alban <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 25-cr-00198-KK - 5 <br><br><br> **DESIGNATION AND APPEARANCE OF COUNSEL** |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
Robert M. Bernstein _____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

8/29/25 _____
Date

_____
Defendant's Signature

Los Angeles CA
_____
City and State

### APPEARANCE OF COUNSEL

I, Robert M. Bernstein _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

8/29/25 _____
Date

_____
Attorney's Signature

183398 _____
California State Bar Number

9465 Wilshire Blvd. Suite 300
_____
Street Address

Beverly Hills, CA 90212
_____
City, State, Zip Code

310-477-1480 _____
Telephone Number          Fax Number

Robert@California-law.org
_____
E-mail Address

CR-14 (01/07)          **DESIGNATION AND APPEARANCE OF COUNSEL**