UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 5:25-cr-00198-KK-5                                    Date: 08/29/2025

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

Interpreter N/A                                    Language N/A

| Christianna Howard | 08/29/2025 | Neil Thakor |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody        Attorneys for Defendants:  ✔ Present  Retained

Jorge Enrique Alban                                Robert M Bernstein

**Proceedings: Arraignment of**     ✔ **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                **Initial Appearance**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/20/2025 8:30 AM;
Pre-Trial Conference: 10/02/2025 1:30 PM; Motion Hearing: 10/02/2025 1:30 PM
* Trial Estimate- 5 days
* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery
order located on the Court's website at www.cacd.uscourts.gov.  For cases with previously assigned
co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously
issued upon the first arraignment. Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States
Courthouse, 3470 Twelfth Street, CA92501-3801.

cc:  PSALA         PSAED         PSASA
     USMLA         USMED         USMSA        **Initial Appearance/Appointment of Counsel:** 00   : 00
     Statistics Clerk                         Interpreter
     CJA Supervising Attorney                 Fiscal                **Arraignment:** 00   : 05
                                              **Initials of Deputy Clerk:** CH by TRB